Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNUTE ALLMENDINGER, ) )     Plaintiff, ) )   v. ) ) MIDLAND FUNDING, LLC, ) MIDLAND CREDIT ) MANAGEMENT, INC. and ENCORE ) CAPITAL GROUP, INC. ) )     Defendants. ) | Case No.: 2:14-cv-00310-KJM-DAD NOTICE OF SETTLEMENT |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: June 4, 2014  /s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

Filed electronically on this 4th day of June 2014, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 4th day of June 2014, to:

    Thomas F. Landers, Esq.
    SOLOMON, WARD, SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
    San Diego, CA 92010
    tlanders@swsslaw.com

    By: /s/ Amy L. Bennecoff
    Amy L. Bennecoff (275805)
    Kimmel & Silverman, P.C.
    Attorney for Plaintiff